**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

[ ] Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ x ] Fifth Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

In Re: HECTOR PAREDES XXX-XX-6261 — OFELIA MARIA PAREDES XXX-XX-2698 — CASE NO.: 13-34292 RAM

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $2,406.65 for months 1 to 31 ;
B. $2,319.82 for months 32 to 32 BALANCE ON HAND
C. $2,961.53 for months 33 to 60 in order to pay the following creditors:

Administrative: SAFE HARBOR ATTORNEY FEES: Base Fee: $ 3,500.00
Motion to Modify $ 525.00
$ 4,025.00
LESS: Total Paid: $ 2,000.00
Balance Due: $ 2,025.00
Payable: $ 48.39 /mo. (Mos. 1 to 31 )
$ 525.00 /mo. (Mos. 32 to 32 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1 ______ Arrearage on Petition Date ______
Address: Arrearage Payment ______ /mo. (Mos. 1 to 60 )
Acct. No.: Regular Payment ______ /mo. (Mos. 1 to 60 )

**IF YOU ARE ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

1 ______ Total Due ______
Payable ______ /month (Months 1 to 60)

Unsecured Creditors: Pay $2,373.14/month (Months 1 to 31); $1,794.82/month (Months 32 to 32); $2,665.36/month (Months 33 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**
(1) Debtors are CURRENT on their obligations to OCWEN LOAN SERVICING (Acct #719739999), secured creditor, on the Debtors' Non-Homestead (3660 NE 166 St, #202, North Miami Beach, FL 33160), and they will continue to pay it directly, outside the plan.
(2) Chapter 13 Trustee has requested that, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(1),(2), (3), and (4).
(3) If the Debtors recover funds from their pending lawsuit, they will modify their plan to increase distribution to unsecured creditors to the extent the funds are not exempt. $43,000 of settlement funds are accounted for in payment.
(4) Debtors ASSUME the lease on their non-homestead as leasors with their tenants, Jailyn Sanchez.
(5) Debtors SURRENDER their interest in their Homestead Property to the first mortgagee, CAPITAL ONE BANK (#3840902465712).

Kelly Roberts
HECTOR PAREDES — Date 9/19/16

Kelly Roberts
OFELIA MARIA PAREDES — Date 9/19/16